IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>       v.<br><br>CURI CABERI TAPIA-MARTINEZ,<br> a/k/a TAHOE, a/k/a PAPO, a/k/a PRIMO,<br><br>        Defendant. | Case No. 3:06-cr-106-01<br><br>**MOTION TO DISMISS INDICTMENT** |

    The United States of America, by Mac Schneider, United States Attorney for the District of North Dakota, and Christopher C. Myers, Assistant United States Attorney, hereby moves pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, to dismiss without prejudice the Indictment against defendant, Curi Caberi Tapia-Martinez, a/k/a Tahoe, a/k/a Papo, a/k/a Primo, as defendant has been a fugitive since the return of the Indictment on September 20, 2006.

    Dated:  May 25, 2023

                                            MAC SCHNEIDER
                                            United States Attorney

                       By:    */s/ Christopher C. Myers*
                               CHRISTOPHER C. MYERS
                               Assistant United States Attorney
                               ND Bar ID 05317
                               655 First Avenue North, Suite 250
                               Fargo, ND  58102-4932
                               (701) 297-7400
                               chris.c.myers@usdoj.gov
                               Attorney for United States