# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America,   ) | |
| ) | **ORDER GRANTING GOVERNMENT'S** |
| Plaintiff,   ) | **MOTION TO DISMISS** |
| ) | |
| vs.   ) | |
| ) | |
| Curi Caberi Tapia-Martinez,   ) | Case No. 3:06-cr-106 |
| ) | |
| Defendant.   ) | |

Before the Court is the Government's motion, filed on May 26, 2023, to dismiss the case as to Curi Caberi Tapia-Martinez set forth in the Indictment. Doc. No. 1. For good cause showing, the motion (Doc. No. 575) is **GRANTED**. The Court **ORDERS** the case and accompanying Indictment against the Defendant, Curi Caberi Tapia-Martinez, dismissed without prejudice.

**IT IS SO ORDERED.**

Dated this 2nd day of June, 2023.

                                                  */s/ Peter D. Welte*
                                                Peter D. Welte, District Judge
                                                United States District Court